**IT IS SO ORDERED**
*James Ware*
Judge James Ware

5/10/2010

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5
   Attorney for Plaintiff
6  DIANNE ELIZEBETH REMICK

7
                    UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
9

10 | DIANNE ELIZEBETH REMICK,              | Case No. C10-00404-JW-HRL

11 |                      Plaintiff,       | **NOTICE OF VOLUNTARY DISMISSAL
                                           | WITHOUT PREJUDICE**
12 |        v.
                                           | Fed. R. Civ. P. 41(a)(1)
13 | NATIONWIDE COLLECTIONS, INC., a
    | Florida corporation; PHILLIP ANTHONY
14 | MCGARVEY, individually and in his official
    | capacity; and VADA GOODE MCGARVEY,
15 | individually and in her official capacity,

16 |                      Defendants.

17      COMES NOW the Plaintiff, DIANNE ELIZEBETH REMICK, by and through her attorney

18 Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1),

19
   respectfully notifies this Court that Plaintiff, DIANNE ELIZEBETH REMICK, hereby dismisses,
20
   without prejudice, all claims made by her against Defendants, NATIONWIDE COLLECTIONS, INC.,
21
   PHILLIP ANTHONY MCGARVEY and VADA GOODE MCGARVEY, in her Complaint filed herein
22
   on January 28, 2010.    The Clerk shall close this file.
23

24

25

26 Dated:  May 5, 2010                          /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
27                                              Attorney for Plaintiff
                                                DIANNE ELIZEBETH REMICK
28

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE      Case No. C10-00404-JW-HRL